IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MEYER, MEARON OKONSKY, and ANDREA CAPANI Derivatively on Behalf of Nominal Defendant ASTRA SPACE INC. (F/K/A HOLICITY INC.),<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS C. KEMP, ADAM LONDON, CRAIG O. MCCAW, SCOTT STANFORD, MICHAEL LEHMAN, MICHÈLE FLOURNOY, LISA NELSON, KELYN BRANNON, AND STEVEN EDNIE,<br><br>Defendants,<br><br>and,<br><br>ASTRA SPACE INC. (F/K/A HOLICITY INC.),<br><br>Nominal Defendant. | Case No. 1:22-cv-00308-CJB |

**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE
DERIVATIVE ACTION WITHOUT PREJUDICE**

**WHEREAS**, on March 8, 2022, Plaintiffs filed a Verified Stockholder Derivative Complaint (the "Complaint") in this action;

**WHEREAS**, on May 20, 2022, Defendants filed a Motion to Dismiss with Opening Brief in support thereof (the "Motion") (D.I. No. 8);

**WHEREAS**, the Parties met and conferred and set a schedule for Plaintiffs' response to the motion to dismiss (D.I. No. 9);

**WHEREAS**, the Parties thereafter met and conferred as to the motion to dismiss and

have determined at this time that a stipulated dismissal without prejudice is appropriate;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims brought by Plaintiffs in this Derivative Action against the Derivative Defendants be dismissed in their entirety without prejudice, each side to bear its own costs and expenses. The undersigned counsel will not contest that counsel and the Parties have complied with the provisions of Federal Rule of Civil Procedure 11.

Dated: July 8, 2022

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

Thomas J. McKenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiffs*

/s/ *Jon E. Abramczyk*
Jon E. Abramczyk (#2432)
Alexandra Cumings (#6146)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
jabramczyk@morrisnichols.com
acumings@morrisnichols.com

Bruce G. Vanyo
Jonathan A. Rotenberg
Caroline Sabatier
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
Telephone: 212-940-8800
Facsimile: 212-940-8776

Paul S. Yong
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

*Attorneys for the Individual Defendants and Nominal Defendant Astra Space Inc.*

SO ORDERED this ____ day of _____, 2022.

_____
United States Magistrate Judge